```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) MAG. No. 07-019-GGH |
| ROBERT BRIAN WINSTON, | ) |

**FILED**
JAN 1 8 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      () Ad Testificandum

Name of Detainee:    ROBERT BRIAN WINSTON
Detained at (custodian): Sacramento County Jail

Detainee is:    a.)    (X) charged in this district by: () Indictment   () Information   (X) Complaint
                    charging detainee with: 18 U.S.C. §§ 2113(a)(d), 924(c)(1), and 2119
      or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    (X) return to the custody of detaining facility upon termination of proceedings
      or    b.)    () be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on JANUARY 19, 2007, at 2:00 P.M. in the Eastern District of California.*

Signature: _____
Printed Name & Phone No: MICHELLE RODRIGUEZ, Tel: 916-554-2700
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum      () Ad Testificandum

     The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on JANUARY 19, 2007, at 2:00 P.M., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: Jan. 18, 2007

GREGORY G. HOLLOWS
United States District/Magistrate Judge

---

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if applicable): | Male |
| Booking or CDC #: CII: A21018862 | DOB: 05/02/84 |
| Facility Address: 651 I Street, Sacramento, CA 95814 | Race: |
| | FBI #: 596415KB2 |
| Facility Phone: | |
| Currently Incarcerated For: | |

### RETURN OF SERVICE

Executed on _____    By: _____
                                                         (Signature)